**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

STEVE SANDS,                                                           Case No. 1:17-cv-00531 (RA)

                                        Plaintiff,

                                                                              ECF Case

                        -against-

CBS INTERACTIVE INC.

                                        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x


## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Steve

Sands hereby gives notice that the above-captioned action is voluntarily dismissed without

prejudice.


Dated: January 30, 2017


                                                LIEBOWITZ LAW FIRM, PLLC

                                                By: /s/ Richard Liebowitz
                                                    Richard P. Liebowitz
                                                11 Sunrise Plaza, Suite 305
                                                Valley Stream, NY 11580
                                                Tel: (516) 233-1660
                                                RL@LiebowitzLawFirm.com

                                                *Attorneys for Plaintiff Steve Sands*